USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 445 FREIGHT CONSTRUCTION DIVISION PENSION FUND AND TEAMSTERS LOCAL 445 EDUCATION AND TRAINING FUND | ) Index No.: 22-cv-1530 (NSR) ) ) ) DEFAULT JUDGMENT |
| Plaintiffs, | |
| -against- | |
| KINGSTON BLOCK AND MASONRY SUPPLY, LLC a/k/a 19 KIEFER LANE LLC, | |
| Defendant. | |

---

This action was commenced on February 24, 2022, by the filing of a Summons and Complaint. Soon thereafter, on March 1, 2022, an Amended Complaint was filed. The Summons and Amended Complaint were served upon the Defendant on March 3, 2022 via personal service. The Proof of Service was filed with the Clerk of this Honorable Court on March 24, 2022 and the Defendant not having appeared, answered or otherwise moved with respect to the Amended Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Two Thousand Six Hundred Seventeen Dollars ($2,617.00), which includes the following: attorneys' fees in the sum of $2,080.00 and court costs and disbursements of this action in the sum of $537.00.

ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank

statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period January 1, 2019 through the present and directing that the Court retain jurisdiction for the limited purpose of permitting Plaintiffs to amend the judgment should the Defendant comply with the audit to include the additional amounts determined by the audit to be due and owing, together with the interest, liquidated damages, auditors' fees and attorneys' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  White Plains, New York
        Sept. 13         , 2022

So Ordered:

_____
Honorable Nelson S. Roman, U.S.D.J.